UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY ROLAND SEATON,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 02-00044 MHP<br><br>**MEMORANDUM & ORDER**<br><br>**Re: Request for Certificate of Appealability** |

     Petitioner requests a certificate of appealability pursuant to 28 U.S.C. section 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner's request is DENIED, with respect to all claims, because petitioner has not "made a substantial showing of the denial of a constitutional right" as required under 28 U.S.C. section 2253(c)(2). The Clerk shall forward to the court of appeals the case file with this order. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

     IT IS SO ORDERED.

Dated: May 17, 2010

                                                MARILYN HALL PATEL
                                                United States District Court Judge
                                                Northern District of California